# IN THE SUPREME COURT OF THE STATE OF NEVADA

GAYLORD IPAN, A/K/A MVELEBE
GAYLORD IPAN,

        Appellant,

vs.

THE STATE OF NEVADA,

        Respondent.

No. 70775

**FILED**

JAN 3 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that appellant has been deported and that counsel has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

17-03314

cc: Hon. Michelle Leavitt, District Judge
Agwara & Associates
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk